In the Matter of the Probate of the Last Will and Testament of MARY A. PIDGEON, Deceased.— Decree and order affirmed, with costs payable out of the estate. All concur. (The decree denies probate of a will. The order denies

proponents' motion to set aside the verdict of the jury and to admit the will to probate.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.